ORIGINAL

FORM 5

UNITED STATES COURT OF INTERNATIONAL TRADE

INFORMATION STATEMENT

08-00012

(Place an "X" in applicable [ ])

| **PLAINTIFFS:** Gold East Paper (Jiangsu) Co., Ltd., Gold Huasheng Paper (Suzhou Industry Park) Co., Ltd., China Union (Macao Commercial Offshore) Company Ltd., and Global Paper Solutions, Inc.<br><br>**ATTORNEY:**<br>Frank H. Morgan<br>White & Case L.L.P.<br>701 13th Street N.W.<br>Washington, DC. 20005-3086<br>(202) 626-3600 | **PRECEDENCE**<br><br>If the action is to be given precedence under rule 3(g), indicate the applicable paragraph of that section:<br><br>[ ] (1)      [x] (3)      [ ] (5)<br><br>[ ] (2)      [ ] (4) |
|---|---|

| **JURISDICTION** |
|---|
| **28 U.S.C. § 1581(A) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**<br>[ ] Appraisal      [ ] Classification      [ ] Charges or Exactions<br>[ ] Exclusion      [ ] Liquidation      [ ] Drawback<br>[ ] Refusal to Reliquidate      [ ] Rate of Duty      [ ] Redelivery |
| **28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**<br>[ ] Appraisal      [ ] Classification      [ ] Rate of Duty |
| **28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A (a)(1), (a)(2) or (a)(3) - 19 U.S.C. § 1516a**<br>*(Provide a brief description of the administrative determination you are contesting, including the relevant **Federal Register** citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.)*<br><br>Subparagraph and Clause: 516A(a)(2)(B)(i) and 516A(a)(3)<br>Agency U.S. Department of Commerce<br><br>***Federal Register*** Cite(s): 72 Fed. Reg. 60,645 (October 25, 2007)<br><br>Product(s): Coated Free Sheet Paper from the People's Republic of China |
| **28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**<br>[ ] U.S. Secretary of Labor      [ ] U.S. Secretary of Commerce      [ ] U.S. Secretary of Agriculture |
| **28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515**<br>*(Provide a brief statement of the final determination to be reviewed.)* |
| **28 U.S.C. §1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**<br>Agency: [ ] U.S. International Trade Commission      [ ] Administering Authority |
| **28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**<br>[ ] Sec. 641(b)(2)      [ ] Sec. 641(b)(3)      [ ] Sec. 641(c)(1)      [ ] Sec. 641(b)(5) |

| [ ] Sec. 641(c)(2) | [ ] Sec. 641(d)(2) (B) | [ ] Sec. 499(b) |
|---|---|---|

| JURISDICTION (Continued) |||
|---|---|---|
| 28 U.S.C. § 1581(h) - Ruling relating to: |||
| [ ] Classification | [ ] Valuation | [ ] Restricted Merchandise |
| [ ] Rate of Duty | [ ] Marking | [ ] Entry Requirements |
| [ ] Drawbacks | [ ] Vessel Repairs | [ ] Other: _____ |
| **28 U.S.C. § 1581(i)** - *(Cite any applicable statute and provide a brief statement describing jurisdictional basis.)* |||
| **28 U.S.C. § 1582 - Actions Commenced by the United States** |||
| [ ] (1) Recover civil penalty under Tariff Act of 1930: |||
| [ ] Sec. 592 | [ ] Sec. 593A | [ ] Sec. 641(b)(6) |
| [ ] Sec. 641(d)(2)(A) | [ ] Sec. 704(i)(2) | [ ] Sec. 734(i)(2) |
| [ ] (2) Recover upon a bond |||
| [ ] (3) Recover customs duties |||

| RELATED CASE (S) ||||
|---|---|---|---|
| To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending? **Yes**. ||||
|  | PLAINTIFF | COURT NUMBER | JUDGE |
| [ X ] Decided: | Government of the People's Republic of China, et al. | 07-00010 | Carman |
| [ ] Pending: |  |  |  |

(As amended, eff. Jan 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sep. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006)

RECEIVED & FILED

2008 JAN 14 PM 3:58

U.S. COURT OF
INTERNATIONAL TRADE
OFFICE OF THE CLERK

IN ACCORDANCE WITH THE PROVISION OF RULE 5(e). THIS PAPER IS DEEMED FILED AS OF THE DATE OF MAILING- TO WIT  1-11-08