Form 13

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10007

08-00012

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by  Frank H. Morgan, White & Case L.L.P.  on behalf of

Gold East Paper (Jiangsu) Co., Ltd., Gold Huasheng Paper (Suzhou Industry Park) Co., Ltd.,

China Union (Macao Commercial Offshore) Company Ltd., and Global Paper Solutions, Inc. in

the matter of  GOLD EAST PAPER (JIANGSU) CO., LTD., ET AL. V. UNITED STATES,

Court No.  (Pending).

1. If this statement is submitted on behalf of a corporate party, indicate the party is [ ]
or is not [ X] a subsidiary or affiliate of a publicly-owned corporation. If so, identify below the
parent or affiliate and describe the relationship between the party and the parent or affiliate
corporation.

_____

_____

2. If the action is one described in 28 U.S.C. § 1581(a) or (b), indicate whether the plaintiff is [ ] or
is not [ ] the ultimate consignee or real party in interest. If not, identify below the ultimate
consignee or real party in interest.

        Not Applicable
_____

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned
member of the trade association. (Attach additional pages if necessary.)

        Not Applicable
_____

_____                             January 11, 2008
(Signature of Attorney)                                     (Date)

RECEIVED & FILED

2008 JAN 14 PM 5:58

U.S. COURT OF
INTERNATIONAL TRADE
OFFICE OF THE CLERK

IN ACCORDANCE WITH THE PROVISION
OF RULE 5(e). THIS PAPER IS DEEMED
FILED AS OF THE DATE OF MAILING
TO WIT_____1-11-08_____