UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE _____, JUDGE

```
                                                              )
GOLD EAST PAPER (JIANGSU) CO., LTD., and                      )
GOLD HUASHENG PAPER (SUZHOU INDUSTRY PARK) CO., LTD., and     )
CHINA UNION (MACAO COMMERCIAL OFFSHORE) COMPANY LTD., and     )
GLOBAL PAPER SOLUTIONS, INC.,                                 )
                                                              )
                Plaintiffs,                                   )
                                                              )
v.                                                            )   Court No.
                                                              )
UNITED STATES,                                                )
                                                              )
                Defendant.                                    )
                                                              )
```

## BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Adams C. Lee declares that (check one)

1. I am

   ☒ an attorney at the law firm of <u>White & Case L.L.P</u>; and I have read and am familiar with the Rules of the United States Court of International Trade.

   ☐ a consultant employed by _____.

2. I represent, or am retained by or on behalf of

   ☒ a party to this action,

   ☐ an interested party that has filed a motion to intervene in this action, which is identified below:

   _____.

3. I was

   ☒ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

   ☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to services of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States of International Trade.

4. I am

☒ (for attorneys) not involved in competitive decision making for the interested party I represent.

☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

_____
Adams C. Lee
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
202 626 3600
Counsel to Plaintiffs

Date: January 11, 2008

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE _____, JUDGE

| | |
|---|---|
| GOLD EAST PAPER (JIANGSU) CO., LTD., and <br> GOLD HUASHENG PAPER (SUZHOU INDUSTRY PARK) CO., LTD., and <br> CHINA UNION (MACAO COMMERCIAL OFFSHORE) COMPANY LTD., and <br> GLOBAL PAPER SOLUTIONS, INC., <br><br>       Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br>       Defendant. | Court No. |

**BUSINESS PROPRIETARY INFORMATION CERTIFICATION**

Frank H. Morgan declares that (check one)

1. I am

   ☒ an attorney at the law firm of <u>White & Case L.L.P</u>; and I have read and am familiar with the Rules of the United States Court of International Trade.

   ☐ a consultant employed by _____.

2. I represent, or am retained by or on behalf of

   ☒ a party to this action,

   ☐ an interested party that has filed a motion to intervene in this action, which is identified below:
   _____.

3. I was

   ☒ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

   ☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to services of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

      Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States of International Trade.

4.     I am

      ☒    (for attorneys) not involved in competitive decision making for the interested party I represent.

      ☐    (for consultants) independent of all parties in this action.

5.     I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

                                                 */s/ Frank H. Morgan*
                                                 Frank H. Morgan
                                                 White & Case LLP
                                                 701 Thirteenth Street, NW
                                                 Washington, DC 20005
                                                 202 626 3600
                                                 Counsel to Plaintiffs

Date: January 11, 2008

## CERTIFICATE OF SERVICE

I, Frank H. Morgan, hereby certify that on the 11th day of January 2008, copies of the foregoing documents were served by certified mail, return receipt requested, on the following parties:

| | |
|---|---|
| Barbara S. Williams, Esq.<br>Acting Attorney-in-Charge<br>International Trade Field Office<br>Commercial Litigation Branch<br>Department of Justice<br>26 Federal Plaza<br>New York, NY 10278 | Gilbert B. Kaplan, Esq.<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, NW<br>Washington, DC 20006-4706 |
| General Counsel<br>U.S. Department of Commerce<br>14th Street and Constitution Avenue, N.W.<br>Washington, DC 20230 | Ronald M. Wisla, Esq.<br>Garvey Schubert Barer<br>5th Floor, Flour Mill Building<br>1000 Potomac Street, NW<br>Washington, DC 20007 |
| Daniel L. Porter, Esq.<br>Vinson & Elkins LLP<br>The Willard Office Building<br>1455 Pennsylvania Avenue, NW<br>Suite 600<br>Washington, DC 20004-1008 | Geert De Prest, Esq.<br>Stewart and Stewart<br>2100 M Street, NW<br>Suite 200<br>Washington, DC 20037 |
| Mr. Gao Junjie, Assistant to the General Manager<br>Shandong Chenming Paper Holdings Limited<br>No. 595 Shengcheng Road<br>Shouguang, Shandong 262700<br>People's Republic of China | |

_____
Frank H. Morgan

RECEIVED & FILED

2008 JAN 14 PM 3:50

U.S. COURT OF
INTERNATIONAL TRADE
OFFICE OF THE CLERK

IN ACCORDANCE WITH THE PROVISION OF RULE 5(e). THIS PAPER IS DEEMED FILED AS OF THE DATE OF MAILING- TO WIT _____1-11-08_____